UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DALE D. KUNKEL  :
:
   v.  :
: No. 09-CV-00371
EUGENE S. JASIN and SAUCON  :
VALLEY HOMES, INC.  :

**O R D E R**

AND NOW, this 6th day of January, 2010, IT IS HEREBY ORDERED that:

1. The plaintiff's motion for partial summary judgment (Doc. 7) is DENIED WITHOUT PREJUDICE to his refiling it once discovery has been completed.

2. The defendants' request for attorneys' fees and costs for filing their response is DENIED.

BY THE COURT:

/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR.